

**MEMO ENDORSED**

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

January 8, 2025

**Via ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          Re:    <u>Carter v. Akinyombo</u>, 21 Civ. 0872 (NSR)

Dear Judge Román:

    I am an attorney in the Office of the New York State Attorney General ("OAG"). OAG represents Defendants Akinola Akinyombo and Katie Ngbodi ("Defendants") in the above-referenced case. I write to request that the teleconference scheduled for Friday, January 10, 2025 (Dkt. No. 95) be rescheduled to a date next week.

    The reason for this request is that I will be attending a court-ordered deposition at Adirondacks Correctional Facility, located in Franklin County, New York, on Friday, January 10, 2025 in the matter of *Windley v. Hammer, et al.*, 23-cv-7151 (LAP) (SDNY), which will require traveling on January 9, 2025. The facility does not allow any electronics within the building; therefore, I will not have access to my phone.

    I have conferred with Plaintiff's counsel, who is available to attend the teleconference as scheduled, and takes no position on Defendants' request to reschedule it. The parties are available next week, Monday, January 13 – Thursday, January 16, 2025, at the same time (12:00pm).

    I thank the Court for its courtesy and apologize for any inconvenience.

                                                    Respectfully Submitted,

                                                    _____/s/_____
                                                    Jessica Acosta-Pettyjohn
                                                    Assistant Attorney General
                                                     212-416-6551
                                                     Jessica.Acosta-Pettyjohn@ag.ny.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/08/2025

cc:    (Via ECF)
        Nexus U. Sea
        Michael M. Klotz

Honorable Nelson S. Román
*Carter v. Akinyombo*, 21 Civ. 0872 (NSR)
January 8, 2025

Page 2 of 2

O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
nsea@omm.com
mklotz@omm.com

*Limited pro bono counsel for*
*James Anthony Carter Jr.*

**In light of Defts' scheduling conflict, Defts' request to adjourn the Premotion Teleconf. from Jan. 10, 2025 to Jan. 15, 2025 at 12:00 noon is GRANTED without a stated position by Pltf. Counsel are directed to the dial-in instructions at ECF No. 95. Clerk of Court is requested to terminate the motion at ECF No. 96.**
**Dated: White Plains, NY**
       **January 8, 2025**

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE